ORIGINAL

FILED

10/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0226

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0226

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

BRADLEY JAY HILLIOUS,

    Defendant and Appellant.

ORDER

FILED

OCT 3 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of the Motion to Stay Appeal and Remand filed by Defendant and Appellant Bradley Jay Hillious, with good cause appearing, this Court holds as follows:

IT IS ORDERED that the appeal in this matter is STAYED and the briefing schedule is vacated until the District Court issues a decision on Hillious's pending Motion for New Trial and Request for Evidentiary Hearing.

IT IS FURTHER ORDERED that this matter is REMANDED to the District Court for the limited purpose of ruling upon Hillious's pending Motion for New Trial and Request for Evidentiary hearing.

IT IS FURTHER ORDERED that the District Court shall issue a written decision on Hillious's pending Motion for New Trial and Request for Evidentiary Hearing after the conclusion of briefing or following an evidentiary hearing, if one is held. If the District Court denies the motion for a new trial, it shall file a written decision to that effect and promptly supplement the record on appeal with such order. If the District Court grants the motion for a new trial, Hillious shall take appropriate action to resolve this appeal.

This Order does not limit the right of the State, under the law governing the State's appeal rights, to appeal from a decision granting the motion for a new trial or other relief.

Dated this 31st day of October 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2